UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS M. GERSON CO., INC.,

    Plaintiff,

v.

GODERICH PLASTICS, INC. and
HURON TRACT HOLDINGS, INC.,

    Defendants.

04 12408 WGY

Civil Action No. _____

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT GODERICH PLASTICS, INC.**

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant Goderich Plastics, Inc. ("Goderich Plastics"), by and through its counsel, states that Defendant Huron Tract Holdings, Inc., a privately held company, owns 100% of the stock of Goderich Plastics.

    Respectfully submitted,

    GODERICH PLASTICS, INC.,

    By its counsel,

    _____
    Jason W. Morgan (BBO #633802)
    Drohan, Hughes, Hoffman & Tocchio, P.C.
    175 Derby Street, Suite 30
    Hingham, MA 02043
    Tel.: (781) 749-7200
    Fax: (781) 740-4335
    jmorgan@dhhpc.com

Dated: November 10, 2004

- 2 -

## CERTIFICATE OF SERVICE

    I, Jason W. Morgan, hereby certify that on November 10, 2004, I served a true and correct copy of the foregoing by overnight delivery upon counsel for Plaintiff, Peter Alley, Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210-2028.

*/s/ Jason W. Morgan*