UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS M. GERSON CO., INC.,

    Plaintiff,

v.

GODERICH PLASTICS, INC. and
HURON TRACT HOLDINGS, INC.,

    Defendants.

Civil Action No. _____

### NOTICE OF APPEARANCE OF JASON W. MORGAN

Kindly enter my appearance on behalf of Defendants in the above-captioned action.

                      */s/ Jason W. Morgan*
                      Jason W. Morgan (BBO #633802)
                      Drohan, Hughes, Hoffman & Tocchio, P.C.
                      175 Derby Street, Suite 30
                      Hingham, MA 02043
                      Tel.: (781) 749-7200
                      Fax: (781) 740-4335

Dated: November 10, 2004        jmorgan@dhhpc.com

### CERTIFICATE OF SERVICE

I, Jason W. Morgan, hereby certify that on November 10, 2004, I served a true and correct copy of the foregoing by overnight delivery upon counsel for Plaintiff, Peter Alley, Seyfarth Shaw LLP, World Trade Center East, Two Seaport Lane, Suite 300, Boston, Massachusetts 02210-2028.

                      */s/ Jason W. Morgan*
                      Jason W. Morgan