UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LOUIS M. GERSON CO., INC., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-12408-WGY |
| GODERICH PLASTICS, INC. and HURON TRACT HOLDINGS, INC., | : |
| Defendants. | : |

**STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT**

The parties, by and through their counsel, hereby stipulate to extend the time for Defendants to respond to the Complaint in this matter, until <u>December 3, 2004</u>. This extension is without prejudice to Plaintiff's right to seek a remand of this case to the Plymouth County Superior Court. This extension will not disrupt the orderly disposition of this case.

Respectfully submitted,                                   Respectfully submitted,

/s/ Peter Alley                                           /s/ Jason W. Morgan
Peter Alley (BBO #552610)                                 Jason W. Morgan (BBO #633802)
SEYFARTH SHAW LLP                                         DROHAN, HUGHES, HOFFMAN & TOCCHIO, P.C.
World Trade Center East                                   175 Derby Street, Suite 30
Two Seaport Lane, Suite 300                               Hingham, MA 02043
Boston, MA 02210                                          Tel.: (781) 749-7200
Tel: (617) 946-4800

*Counsel for Plaintiff*                                   *Counsel for Defendants*

Dated: November 18, 2004