UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 04-12408-WGY

LOUIS GERSON COMPANY, INC.
Plaintiff

v.

GODERICH PLASTICS, INC., ET AL
Defendant

ORDER OF REMAND

YOUNG, C.J.

In accordance with the Court's Order dated DEC. 7, 2004 , the above-entitled action is hereby remanded to Superior Court sitting in and for the County of Plymouth.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

December 7, 2004

To: All Counsel